## Fourth Department, March, 1951.
### (March 7, 1951.)

■

The People of the State of New York, Respondent, v. Herman- E. Kreis, Appellant. — Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of criminal negligence in violation of section 1053-a of the Penal Law.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

Edward Almgreen, as Administrator of the Estate of Lucy Almgreen, Deceased, Respondent, v. Trustees of Village of Bath et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball and Piper, JJ. [See *post*, p. 890.]

■

Edward Almgreen, Respondent, v. Trustees of Village of Bath et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball and Piper, JJ. [See *post*, p. 891.]

■

Chester H. Moore, Respondent, v. Trustees of Village of Bath et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball and Piper, JJ. [See *post*, p. 891.]

■

Lawrence De Santis, Appellant v. Ferrante Castellani et al., Respondents. — Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint as to defendant Ferrante Castellani and in favor of defendant Alfred Castellani on a verdict of no cause of action, in an action for damages for personal injuries, alleged to have been sustained by plaintiff in defendants' store October 12, 1934, when plaintiff was eight years of age.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

Maurice Dworski, Appellant, v. Rebecca Farber et al., Respondents.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an action to remove cloud on title. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *post*, p. 889.]

■

The People of the State of New York, Respondent, v. Frank Di Vincenzo, Appellant, et al., Defendants. — Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of robbery, first degree.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.